UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LUCAS WOODWARD,<br><br>  Plaintiff,<br><br>  v.<br><br>MARGARET GILBERT,<br><br>  Defendants. | CASE NO. 15-cv-05843 RBL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. #20].

(2) Petitioner has failed to show he is entitled to relief, and thus his petition for habeas relief [Dkt. #6] is **DENIED**.

**DATED** this 12th day of July, 2016.

Ronald B. Leighton
United States District Judge

ORDER - 1